IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LINDSTROM and CHRISTINE STEEL, Individually, and as Personal Representatives of THE ESTATE OF MARY FRANCES LEE, Deceased,<br><br>    Plaintiffs,<br><br>  v.<br><br>WHIRLPOOL CORPORATION and CIRCUIT CITY STORES WEST COAST, INC.<br><br>    Defendants. | No. C-05-3325 MMC<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING; VACATING HEARING** |

    Before the Court is the motion to remand, filed September 14, 2005 by plaintiffs. Plaintiffs argue in their reply, relying on Gee v. Tenneco, 615 F.2d 857 (9th Cir. 1980), that defendant Circuit City Stores West Coast is not fraudulently joined because it may be liable on an "independent duty to warn" theory. As this argument was not presented in plaintiffs' initial brief in support of their motion to remand, defendants have not had an opportunity to respond to it.

    Accordingly, no later than November 7, 2005, defendants may file a supplemental memorandum addressing plaintiffs' new argument for remand. The November 4, 2005 hearing on the motion is hereby VACATED. The Court will rule on the matter without oral argument unless, after reviewing defendants' supplemental memorandum, the Court

1 | determines oral argument would be helpful.

2 | **IT IS SO ORDERED.**

3 | Dated: October 31, 2005

MAXINE M. CHESNEY
United States District Judge

2