BRUCE NYE, SBN 77608
MICHAEL SACHS, SBN 235048
ADAMS | NYE | SINUNU | BRUNI | BECHT  LLP
222 Kearny Street, Seventh Floor
San Francisco, California  94108-4521
Telephone: (415) 982-8955
Facsimile:  (415) 982-2042

JAMES S. OWENS, JR., *Pro Hac Vice*
JEREMY E. WHITE, *Pro Hac Vice*
Nall & Miller, LLP
235 Peachtree Street, NE
Suite 1500
Atlanta, Georgia 30303
Telephone: (404) 522-2200
Facsimile:  (404) 522-2208

Attorneys for Defendants
WHIRLPOOL CORPORATION and
CIRCUIT CITY STORES WEST COAST, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| RICHARD LINDSTROM and CHRISTINE STEEL, Individually, and as Personal Representatives of THE ESTATE OF MARY FRANCES LEE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, CIRCUIT CITY STORES WEST COAST, INC. and DOES 1 through 30, Inclusive,<br><br>Defendants. | No. C 05-03325 MMC<br><br>STIPULATION AND [PROPOSED] ORDER AND JOINT APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS WHIRLPOOL CORPORATION AND CIRCUIT CITY STORES WEST, INC. TO FILE SUPPLEMENTAL OPPOSITION TO MOTION TO REMAND<br><br>(Contra Costa Superior Court No. C05-01409) |

TO THE ABOVE-ENTITLED COURT:

1.  Defendants Whirlpool Corporation and Circuit City Stores West, Inc. have been invited by this Court to file Supplemental Opposition to Plaintiff's Motion for Remand on or before November 7, 2005. Defendants represent to the Court that, as part of that opposition, they wish to demonstrate to the Court the meaning of certain recall documents of which Plaintiffs have sought judicial notice.

1.

   2.   Defendants further represent to the Court that such a demonstration requires a declaration of a knowledgeable Whirlpool employee, and that the employee's work schedule is such that having the declaration signed and filed by November 7, 2005 will be logistically very difficult, and potentially impossible.

   3.   In order to allow a full hearing on all issues relevant to the removal of this matter and Plaintiff's Motion for Remand, the parties stipulate that Defendants, with the Court's permission, may have to and including Friday, November 11, 2005 in which to file and serve their Supplemental Opposition to Plaintiff's Motion for Remand.

DATED: November 2, 2005         ADAMS | NYE | SINUNU | BRUNI | BECHT LLP

                                By: _____
                                        BRUCE NYE
                                    Attorneys for Defendants
                                    WHIRLPOOL CORPORATION and
                                    CIRCUIT CITY STORES WEST COAST, INC.

DATED: November 2, 2005         BENNETT, JOHNSON & GALLER

                                By: _____
                                        RICHARD C. BENNETT
                                    Attorneys for Plaintiffs
                                    RICHARD LINDSTROM and CHRISTINE
                                    STEEL, Individually, and as Personal
                                    Representatives of THE ESTATE OF
                                    MARY FRANCES LEE, Deceased

### ORDER

The parties having stipulated thereto, and good cause appearing,

IT IS HEREBY ORDERED that Defendants WHIRLPOOL CORPORATION and CIRCUIT CITY STORES WEST COAST, INC. may have until **Friday, November 11, 2005** in which to file its Supplemental Opposition to Plaintiff's Motion for Remand.

DATED: November 3, 2005         _____
                                Maxine M. Chesney
                                United States District Judge